EVA M. KEISER
6335 Scotts Valley Rd
Lakeport, CA 95453
Tel.: (707) 263-8993
Fax: (707) 263-8993

IN PRO SE
IN FORMA PAUPERIS

FILED
APR 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA M. KEISER,<br>　　　　Petitioner,<br>vs.<br>LAKE COUNTY SUPERIOR COURT, et al.,<br>　　　　Respondent. | CASE NO. C 05-02310 MJJ<br><br>**PLAINTIFF'S OBJECTIONS** TO DEFENDANT'S BILL OF COSTS AND REQUEST FOR STAY PENDING APPEAL<br>Civil Local Rules 54-2<br><br>JUDGE: HON.MARTIN J. JENKINS |

　　　　I, Eva M. Keiser, am the Plaintiff, In Pro Se, in the above-entitled case. Defendant, Lake County Superior Court, William E. Jaynes, Barbara Mallinen, and Wiley Price & Radulovich, LLP are represented by Wiley Price & Radulovich, LLP.

　　　　Petitioner informs this Court that Defendant's Statement of Costs was not **received by Petitioner until Saturday, April 12, 2008**, despite Defendant's proof of service stating the Statement of Costs was **mailed** on April 8, 2008.

　　　　Petitioner objects to Defendant's Bill of Costs on the grounds that records subpoenaed by Defendants from the personnel and payroll of Plaintiff's current

1  employer, County of Mendocino were unnecessary and said copies of Plaintiff's pay
2  checks were already provided to Defendants prior to said subpoena and deposition.

3      Petitioner objects to Defendant's costs of deposition on the ground that
4  that such deposition was not used at trial by Counsel for defendant.   Petitioner further
5  objects on the grounds that upon conclusion of the deposition, it was clearly taken for
6  another purpose other than for trial of Plaintiff's Complaint For Wrongful Termination
7  and Civil Rights Violation case.

8      Petitioner has mailed a notice of appeal on the Defendants related to Wiley
9  Price & Radulovich, LLP's Bill of Costs which will be deemed filed upon entry of
10 judgment to the remaining causes of action.

11     Petitioner states that she is In Forma Pauperis and such imposition of
12 Defendant's Statement of Costs at this time would create a hardship.

13     Plaintiff, In Pro Se, In Forma Pauperis, hereby submits the foregoing
14 objections to Defendant, Lake County Superior Court, et al., Bill of Costs and requests
15 this Court to deny such costs.   In the alternative, Plaintiff request this Court to Stay
16 enforcement of such costs pending appeal.

17     I declare under penalty of perjury under the laws of the State of California
18 that the foregoing is true and correct.

19 DATED: April 22, 2008

                            EVA M. KEISER, IN PRO SE
                            IN FORMA PAUPERIS

PROOF OF SERVICE

I, Brien J. Arent, declare:

I am a United States citizen, over the age of 18 years and not a party to this case.

On April 22, 2008, I served the following:

**CASE NO: C 05-02310 MJJ**
PLAINTIFF'S OBJECTIONS TO DEFENDANTS'
BILL OF COSTS AND REQUEST FOR STAY ENDING
APPEAL   Civil Local Rule 54-2

by placing a true copy of each, in a self address envelope with postage fully prepaid in the United States Post Office, located in Ukiah, California as follows:

*facsimile on April 22, 2008 to (510)337-2811*
MR. JOSEPH E. WILEY
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway – Suite 310
Alameda, California  94501

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
450 Golden Gate Ave, 16th Floor
ATTN:  HON. JUDGE MARTIN J. JENKINS
San Francisco, CA  94102

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22th day of April 2008.

Brien J. Arent

6335 Scotts Valley Rd
Lakeport, CA  95453
Fax No.: (707) 263-8993

**Keiser vs. Lake County Superior Court et al., Case No. CV05-02310 MJJ**



# Fax

| To: | Hon. Judge Martin J. Jenkins | From: | Eva M. Keiser |
|---|---|---|---|
| **Fax:** | 415-522-3605 | **Pages:** | 4 including cover sheet |
| **Phone:** | | **Date:** | 4/22/2008 |
| **Re:** | | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments

**THIS IS NOT A REQUEST TO FILE BY FAX.**

**THIS IS NOT EX PARTE COMMUNICATION**

*PLEASE DELIVER TO HON. JUDGE MARTIN J. JENKINS*

**Hard copy to follow in U.S. Mail.  Copy of this fax cover will be included in filing by mail.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

JONATHAN LEE RICHES,

Appellant

v.

JACK KEVORKIAN,

Appellee

No. 07-17347

D.C. No. CV-07-05420-MJJ

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk