**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 30, 2008

CASE NUMBER:   **CV 07-05420 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES-v- DR. JACK KEVORKIAN**
DATE MANDATE FILED:   4/25/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

              CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16